# ST. HELENA PARISH SCHOOL BOARD ET AL. v. HALL ET AL.

No. 586. Decided February 19, 1962.

*Jack P. F. Gremillion,* Attorney General of Louisiana, *W. Scott Wilkinson* and *Victor A. Sachse,* Special Assistant Attorneys General, *Carroll Buck, M. E. Culligan, George M. Ponder, John E. Jackson, Jr., William P. Schuler, Dorothy Wolbrette, L. K. Clement, Jr.* and *Harry J. Kron, Jr.,* Assistant Attorneys General, *Albin P. Lassiter* and *Thompson L. Clarke* for appellants.

*Jack Greenberg, James M. Nabrit III* and *A. P. Tureaud* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

# JOHNSON v. HORTON.

No. 700, Misc. Decided February 19, 1962.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.